and ESTHER D. KESSLER, Respondents.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent, v. BANKERS TRUST COMPANY and MIDWOOD TRUST COMPANY, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — McAvoy, Merrell, O'Malley and Townley, JJ.

THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Plaintiff, v. BANKERS TRUST COMPANY, Respondent, and MIDWOOD TRUST COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — McAvoy, Merrell, O'Malley and Townley, JJ.

ROBINS DRY DOCK AND REPAIR COMPANY, Appellant, Respondent, v. NAVIGAZIONE LIBERA TRIESTINA, S. A., Respondent, and MORAN TOWING AND TRANSPORTATION COMPANY, INC., Appellant.— Judgment affirmed, with costs to the plaintiff against defendant Meran Towing and Transportation Company, Inc., and with costs to defendant Navigazione Libera Triestina, S. A., against the plaintiff. No opinion. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

HERBERT S. SIMMONS, Respondent, v. PAUL J. MORANTI, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

ALLAN BOND and Others, Appellants, v. NORMAN K. WINSTON, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Klapp* v. *Bache* (229 App. Div. 415; affd., 255 N. Y. 550). Present — Finch, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

BRADY, CRYAN & COLLERAN, INC., Respondent, v. FRANCIS MCKENNA and KATHERINE MCKENNA, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

PEERLESS ROOFING AND CONSTRUCTION CO., INC., Respondent, v. CROKER NATIONAL FIRE PREVENTION ENGINEERING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

PIETER VAN VEEN, Respondent, v. FRANKLIN KNITTING MILLS, INC., Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ. .

In the Matter of I. NICHOLAS GORDON, an Attorney at Law. DAVID GOLDMAN, Appellant; I. NICHOLAS GORDON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

SAMUEL REICH, Appellant, v. ALBRIGHT BAG AND PAPER CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements, without prejudice to an application under rule V of the Rules Establishing and Regulating the Trial Terms of the Supreme Court, New York County, in effect June 1, 1932. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

SEIDLITZ & VAN BAARN, INC., Respondent, v. MITCHELL L. ERLANGER, Appellant, and PAUL S. VAN BAARN, Impleaded, Defendant, Respondent.— Order